UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONUMOSE, INC, a Delaware Corporation,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, DR. ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs, and THE UNITED STATES OF AMERICA;<br><br>Defendants. | Civil Action No. 1:23-cv-00645<br><br>**CERTIFICATE UNDER LCvR 26.1** |

**Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia**:

I, the undersigned, counsel of record for Plaintiff Bonumose, Inc., certify that to the best of my knowledge and belief, and based on Bonumose's corporate structure and vested ownership interests, Bonumose has no parent companies, subsidiaries, affiliates, or companies that own at least 10% of the stock of Bonumose, Inc. and which have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: March 8, 2023

                                            Respectfully submitted,

                                            BONUMOSE, INC.

                       By    */s/ Jonathan W. Emord*
                              Jonathan W. Emord (D.C. Bar # 407414)
                              EMORD & ASSOCIATES, P.C.


        11808 Wolf Run Lane
        Clifton, VA 20124
        P: (202) 466-6937
        F: (202) 466-6938
        E: jemord@emord.com
        *Attorney for Plaintiff*

CERTIFICATE UNDER LCvR 26.1