# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Bonumose, Inc.<br><br>                           Plaintiff,<br><br>v.<br><br>United States Food and Drug Administration, *et al.*,<br><br>                         Defendants. | No. 1:23-cv-00645-RDM |

**Defendants' Cross-Motion For Summary Judgment**

Defendants United States Food and Drug Administration; Robert M. Califf, M.D., in his official capacity as Commissioner of Food and Drugs; and the United States of America hereby move the Court under Federal Rule of Civil Procedure 56 for summary judgment. The grounds for this motion are fully set forth in the accompanying memorandum.

September 29, 2023

SAMUEL R. BAGENSTOS
General Counsel
U.S. Department of Health and Human Services

MARK RAZA
Chief Counsel

WENDY S. VICENTE
Deputy Chief Counsel, Litigation

ELIZABETH TETER-GOSSMANN
Associate Chief Counsel
Office of the Chief Counsel

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
  General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

JAMES W. HARLOW
Acting Assistant Director

/s/ *Oliver McDonald*
OLIVER MCDONALD

| | |
|---|---|
| Food and Drug Administration | N.Y. Bar No. 5416789 |
| 10903 New Hampshire Ave. | Trial Attorney |
| White Oak 31 | DANIEL K. CRANE-HIRSCH |
| Silver Spring, MD 20993 | MA Bd. of Bar Overseers No. 643302 |
| | Senior Trial Attorney |
| | Consumer Protection Branch |
| | Civil Division |
| | U.S. Department of Justice |
| | PO Box 386 |
| | Washington, DC  20044-0386 |
| | (202) 305-0168 (McDonald) |
| | (202) 616-8242 (Crane-Hirsch) |
| | (202) 514-8742 (fax) |
| | Oliver.J.McDonald@usdoj.gov |
| | Daniel.Crane-Hirsch@usdoj.gov |