# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BONUMOSE, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>DR. ROBERT M. CALIFF,<br><br> and<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Civil Action No. 1:23-cv-00645<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPEARANCE** |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPEARANCE

　　Pursuant to LCvR 83.6(b), Plaintiff Bonumose, Inc. ("Bonumose") hereby provides notice that attorney Peter A. Arhangelsky is withdrawing as lead counsel of record. Bonumose will continue to be represented by Emord & Associates, P.C., with Jonathan Emord as lead counsel. Mr. Emord has already entered an appearance in this case.

DATED: February 12, 2024.


　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BONUMOSE, INC.


　　　　　　　　　　　　　　　　By　　*/s/ Peter A. Arhangelsky*
　　　　　　　　　　　　　　　　　　　Peter A. Arhangelsky (pro hac vice)
　　　　　　　　　　　　　　　　　　　EMORD & ASSOCIATES, P.C.

1

2730 S. Val Vista Dr., Bldg. 6, Ste. 133
Gilbert, AZ 85295
P: (202) 466-6937
F: (202) 466-6938
E: parhangelsky@emord.com

Jonathan W. Emord (D.C. Bar # 407414)
Eric J. Awerbuch (pro hac vice)
EMORD & ASSOCIATES, P.C.
11808 Wolf Run Lane
Clifton, VA 20124

*Attorneys for Plaintiff Bonumose, Inc.*

_____
Ed Rogers on behalf of Bonumose, Inc.
As Chief Executive Officer

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, the foregoing **PLAINTIFF'S NOTICE OF WITHDRAWAL** was electronically filed using the Court's CM/ECF system and was sent by that system to the following:

Oliver McDonald, Esq. (oliver.j.mcdonald@usdoj.gov)
Daniel K. Crane-Hirsch, Esq. (daniel.crane-hirsch@usdoj.gov)
U.S. Department of Justice
Civil Division
P.O. Box 386
Washington, DC 20044-0386
Ph: (202) 305-0168
*Counsel for Defendants*

      */s/ Peter A. Arhangelsky*
      Peter A. Arhangelsky